No. 232. H. A. Moss and J. F. Bradford, Plaintiffs in Error, *v.* C. C. Moore et al. In error to the Supreme Court of the State of California. Argued March 21, 1918. Decided March 25, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Thomas* v. *Iowa,* 209 U. S. 258; *Appleby* v. *Buffalo,* 221 U. S. 524, 529; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 134. *Mr. A. E. Shaw,* for plaintiffs in error, submitted. *Mr. E. S. Pillsbury, Mr. William F. Herrin, Mr. Alexander Britton, Mr. Evans Browne, Mr. Julius Kahn, Mr. Burke Corbet* and *Mr. John R. Selby* for defendants in error.

———

No. ——. Original. *Ex parte:* In the Matter of Hyman L. Sigelschiffer, Petitioner. Submitted March 27, 1918. Decided April 1, 1918. Motion for leave to file petition for a writ of mandamus denied. *Mr. Morris G. Michaels* for petitioner.